IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-01257-RBJ

MASERATI S.p.A, a foreign corporation and
MASERATI NORTH AMERICA, INC., a Delaware corporation,

    Plaintiffs,

v.

STEWART'S CLASSICS OF COLORADO, LLC, a Colorado limited liability company, and
AVORIC HOLDINGS, LLC, a Delaware limited liability company,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

The Court has reviewed the parties' Stipulated and Joint Motion to Dismiss the Action With Prejudice [ECF No. 19]. The Court now orders that all claims each party alleged or could have alleged in this case are dismissed with prejudice.

DATED this 7th day of August, 2014.

BY THE COURT:

*[signature: Brooke Jackson]*

_____
R. Brooke Jackson
United States District Judge